FILED: MARCH 31, 2008
08CV1843  TG

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
PHILLIP COGSWELL and PHIL COGSWELL ELECTRIC, INC.

**DEFENDANTS**
INTERNATIONAL PROFIT ASSOCIATES, INC., JOHN DOE COS. A-C, JOHN BURGESS, AL BACHMAN, DAVID KREIHS TABONY, WILL HEINING and RONALD COKER

**(b)** County of Residence of First Listed Plaintiff: Johnson County, Kansas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Lake County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Stephen G. Kehoe — 28 E. Jackson, Suite 423, Chicago, IL 60604 (312)362-1735
Edward D. Gilhooly — 28 E. Jackson, Suite 423, Chicago, IL 60604 (312)362-1734

Attorneys (If Known)
JUDGE COAR
MAGISTRATE JUDGE MASON

**II. BASIS OF JURISDICTION:** [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT:** [X] 470 Racketeer Influenced and Corrupt Organizations

**V. ORIGIN:** [X] 1 Original Proceeding

**VI. CAUSE OF ACTION:** This action arises in part under the trademark laws, 15 USC 1051, et seq. and RICO, 18 USC 1961-1968.

**VIII. REQUESTED IN COMPLAINT:** DEMAND $ 10,000,000.00  JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: March __, 2008
SIGNATURE OF ATTORNEY OF RECORD: /s/ Stephen G. Kehoe