**FILED**
**MARCH 31, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1843**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:

Phillip Cogswell and Phil Cogswell Electric, Inc.,
                          v.
International Profit Associates, Inc., John Doe Cos. A-C, John R. Burgess, Al Bachman, David Kreihs Tabony, Will Heining and Ronald Coker

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Phillip Cogswell and Phil Cogswell Electric, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Edward D. Gilhooly | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Edward D. Gilhooly | |
| FIRM | |
| Edward D. Gilhooly & Associates | |
| STREET ADDRESS | |
| 28 E. Jackson Blvd., Suite 423 | |
| CITY/STATE/ZIP | |
| Chicago, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0956791 | (312)362-1734 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |