**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Phillip Cogswell and Phil Cogswell Electric, Inc.,<br>v.<br>International Profit Associates, Inc., John Doe Cos. A-C, John R. Burgess, Al Bachman, David Kreihs Tabony, Will Heining and Ronald Coker | Case Number: FILED: MARCH 31, 2008<br>08CV1843   TG<br>JUDGE COAR<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Phillip Cogswell and Phil Cogswell Electric, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Stephen G. Kehoe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephen G. Kehoe | |
| FIRM<br>Law Offices of Stephen G. Kehoe | |
| STREET ADDRESS<br>28 E. Jackson Blvd., Suite 423 | |
| CITY/STATE/ZIP<br>Chicago, IL. 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3123417 | TELEPHONE NUMBER<br>(312)362-1735 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |