IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PHILLIP S. COGSWELL** and **PHIL COGSWELL ELECTRIC, INC.**, a Kansas corporation<br>Plaintiffs,<br><br>v.<br><br>**INTERNATIONAL PROFIT ASSOCIATES, INC.**, an Illinois corporation, **JOHN DOE COMPANIES A-C**, Illinois business entities, **JOHN R. BURGESS**, individually, **AL BACHMAN**, individually, **DAVID KREIHS TABONY**, individually, **WILL HEINING** individually and **RONALD COKER**, individually,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 CV 1843<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

To:  Myron M. Cherry
30 N. LaSalle Street, Suite 2300
Chicago, IL 60602

**FILED**
JUN 0 6 2008  TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Friday, the 6th of June, 2008, I caused to be filed with the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, the **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**, a copy which is attached hereto.

/s/ Stephen G. Kehoe
Stephen G. Kehoe

**CERTIFICATE OF SERVICE**

Stephen G. Kehoe, states that he served the above and forgoing Notice of Voluntary Dismissal of Complaint by causing a copy thereof to be submitted by facsimile copy and regular mail, with proper postage attached, to the attorney named above on the 6th day of June, 2008.

/s/ Stephen G. Kehoe
Stephen G. Kehoe

Stephen G. Kehoe
Law Offices of Stephen G. Kehoe
28 E. Jackson, Suite 423
Chicago, IL  60606
(312) 466-9630

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHILLIP S. COGSWELL and PHIL COGSWELL ELECTRIC, INC., a Kansas corporation<br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL PROFIT ASSOCIATES, INC., an Illinois corporation, JOHN DOE COMPANIES A-C, Illinois business entities, JOHN R. BURGESS, individually, AL BACHMAN, individually, DAVID KREIHS TABONY, individually, WILL HEINING individually and RONALD COKER, individually,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08 CV 1843<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
JUN 0 6 2008 TC
6-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFFS' NOTICE OF VOLUNTARILY DISMISSAL OF COMPLAINT

Plaintiffs Phillip S. Cogswell and Phil Cogswell Electric, Inc., by their attorneys, Stephen G. Kehoe and Edward D. Gilhooly, hereby submit notice of voluntary dismissal of their complaint without prejudice pursuant to the provisions of Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Stephen G. Kehoe

Stephen G. Kehoe
Law Offices of Stephen G. Kehoe
28 E. Jackson, Suite 423
Chicago, IL 60606
(312) 466-9630