# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1843 | **DATE** | 6/23/2008 |
| **CASE TITLE** | Phillip s. Cogswell, et al vs. International Profit Associates, Inc., et al | | |

**DOCKET ENTRY TEXT**

Pursuant to Plaintiffs' Notice of voluntarily dismissal of complaint, this action is dismissed. Civil case terminated.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|